■ Oasis Sportswear, Inc., Plaintiff, v Patricia Rego et al., Defendants. (And a Third-Party Action.) Patricia Rego et al., Third-Party Plaintiffs-Appellants, v CBIZ Mahoney Cohen, Inc., Formerly Known as Mahoney Cohen & Company, et al., Third-Party Defendants-Respondents. [962 NYS2d 70]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about January 24, 2012, which, to the extent appealed from as limited by the briefs, granted third-party defendants' motion for summary judgment dismissing third-party plaintiffs' breach of contract cause of action, unanimously affirmed, with costs.

The court correctly dismissed the breach of contract claim as duplicative of the time-barred negligence claim, which was essentially a professional malpractice claim (*see LaSalle Natl. Bank v Ernst & Young*, 285 AD2d 101, 109 [1st Dept 2001]). Third-party plaintiffs failed to allege facts sufficient to show that the accounting contract entered into between plaintiff Oasis and third-party defendant CBIZ was intended to benefit third-party plaintiffs (*LaSalle*, 285 AD2d at 108-109). Accordingly, third-party plaintiffs failed to allege third-party beneficiary status (*see Mendel v Henry Phipps Plaza W., Inc.*, 6 NY3d 783, 786 [2006]). Nor did they allege any promises or assurances made to them by CBIZ.

We have considered third-party plaintiffs' remaining arguments and find them unavailing. Concur—Friedman, J.P., Saxe, Moskowitz, DeGrasse and Román, JJ. **[Prior Case History: 2012 NY Slip Op 30218(U).]**